Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN PAYTON, </br></br> Plaintiff, </br></br> vs. </br></br> SPEEDY CASH, </br></br> Defendant. | ) Case No. 22:17-cv-07777-PSG-KS </br> ) </br> ) </br> ) </br> ) </br> ) **NOTICE OF SETTLEMENT** </br> ) </br> ) </br> ) |

    NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** February 6, 2018    **Law Offices of Todd M. Friedman, P.C.**

                                           By: s/ Todd M. Friedman
                                               Todd M. Friedman

Filed electronically on this 6th Day of February, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Philip S. Gutierrez
United States District Court
CENTRAL District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 6th Day of February, 2018

                          By: s/ Todd M. Friedman Esq.
                                TODD M. FRIEDMAN