Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN PAYTON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SPEEDY CASH <br><br> Defendant. | Case No. 22:17-cv-07777-PSG-KS <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OR RECORD:**

Plaintiff Jonathan Payton, individually and on behalf of all others similarly situated ("Plaintiff") and Defendant Speedy Cash, by and through their attorneys, respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each

party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

Respectfully submitted,

Dated: April 12, 2018    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:    */s/ Adrian R. Bacon*____
Todd M. Friedman
Adrian R. Bacon
Attorneys for Plaintiff,
JONATHAN PAYTON,
individually and on behalf of others similarly situated

Dated: April 12, 2018    GERMAN MAY P.C.

By:    */s/ Jeremy M. Suhr*_____
Brandon J.B. Boulware
Jeremy M. Suhr
Attorneys for Defendant
SPEEDY CASH

SHAW, KOEPKE & SATTER

By:    */s/ Litsa Georgantopoulos*___
Litsa Georgantopoulos
Attorneys for Defendant
SPEEDY CASH

### Signature Certification

I hereby certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

Dated: April 12, 2018    _*/s/ Adrian R. Bacon*_
Adrian R. Bacon

# **CERTIFICATE OF SERVICE**

Filed electronically on April 11 2018, with:

United States District Court CM/ECF system

Notification sent electronically on April 11 2018, to:

To the Honorable Court, all parties and their Counsel of Record

<u>s/Adrian R. Bacon</u>
 Adrian R. Bacon