Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
*Attorney for Plaintiff*

E-FILED 4/16/18

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN PAYTON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SPEEDY CASH, <br><br> Defendant. | Case No. 22:17-cv-07777-PSG-KS <br><br> **[~~PROPOSED~~] ORDER OF DISMISSAL** |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this _____4/16/18_____

PHILIP S. GUTIERREZ
_____
Honorable Judge Philip S. Gutierrez.